IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDWARD NOVOTNY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:13-CV-05881 |
| | ) | Judge: Honorable Andrea R. Wood |
| | ) | |
| v. | ) | Magistrate Judge: Honorable |
| | ) | M. David Weisman |
| PLEXUS CORP. et, al | ) | |
| | ) | |
| Defendants, | ) | JURY TRIAL DEMANDED |

## NOTICE OF APPEAL

**NOTICE IS GIVEN,** that the Plaintiff, Edward F. Novotny III, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on March 8th 2018. Dated and signed this 5th day of April 2018, Chicago, Illinois.

_____
(Signature)

344 Second St.
(Street Address)

Wheeling, IL 60090
(City, State, Zip)

**FILED**
APR -5 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Edward F. Novotny III
344 Second St.
Wheeling, IL 60090
Phone 847-279-3441
E-mail novotnyedward@yahoo.com