**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

APR -5 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| EDWARD NOVOTNY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 1:13-CV-05881 |
| | ) | Honorable Andrea R. Wood |
| v. | ) | |
| | ) | Magistrate Judge Honorable |
| PLEXUS CORP. et, al | ) | M. David Weisman |
| | ) | |
| Defendants | ) | JURY TRIAL DEMANDED |

## DOCKETING STATEMENT

Pursuant to Seventh Circuit Rule 3(c), Appellant Edward F. Novotny III, respectfully submits the following:

A. Subject matter jurisdiction was properly exercised by the District Court under 28 U.S.C. § 1331. This action arose under Section 42 U.S.C. § 1983. Plaintiff is a citizen of the State of Illinois, and the Defendant is a Corporation in the State of Illinois and a private Citizen of Illinois

B. The Court of Appeals has jurisdiction in this matter under 28 U.S.C. 28 U.S.C. § 1291.

C. On March 8, 2018 a final order was entered granting Defendants motion for summary judgment. There are not any other claims remaining before the District Court. There are not any other motions or orders that have since been entered.

D. There are not prior related appellate proceedings in this matter. There is not prior litigation in the District Court that is not being appealed.

1

E. The Notice of Appeal was filed on April 5th 2018

Edward F. Novotny III

*(Signature)*

Edward F. Novotny III

344 Second St.

Wheeling, IL 60090

Phone: 847-279-3441

e-mail novotnyedward@yahoo.com